NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 18-781 consolidated with CA 18-780

LOUISIANA FARM BUREAU
CASUALTY INSURANCE COMPANY, ET AL.

VERSUS

DEVIN VIDRINE, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 201710573
HONORABLE EDWARD D. RUBIN, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

BILLY HOWARD EZELL
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell,
and John E. Conery, Judges.

AFFIRMED.

Lauren C. Begnaud
Caffery, Oubre, Campbell & Garrison
100 E. Vermilion Street, Suite 201
Lafayette, LA 70501
(337) 232-6581
COUNSEL FOR DEFENDANT/APPELLEE:
    Louisiana Farm Bureau Casualty Insurance Company

Floyd A. Buras, III
Law Office of Jazmine Duarte
4000 S. Sherwood Forest Blvd., Suite 403
Baton Rouge, LA 70816
(225) 368-1494
COUNSEL FOR DEFENDANTS/APPELLANTS:
    GEICO Casualty Company
    Devin Vidrine

Kimmier L. Paul
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
(504) 599-3329
COUNSEL FOR PLAINTIFFS/APPELLEES:
    Alvin Minix
    Gwendolyn Minix

**EZELL, Judge.**

For the reasons set forth in the companion consolidated case hereto, *Alvin Minix and Gwendolyn Minix v. GEICO Casualty Company, et al*, 18-780 (La.App. 3 Cir. ___), ___ So.3d ___, the decision of the trial court is hereby affirmed.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.